UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

DANVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES RICHMOND FISHER and ) | |
| ANGELA MARIE FISHER, ) | Chapter 7 # 10-91967 |
| ) | |
| DEBTORS. ) | |

## MOTION TO COMPEL TURNOVER

NOW COMES James R. Inghram, Trustee, and in support of his Motion to Compel Turnover, states:

1. On September 28, 2010, Debtors filed a Chapter 7 Voluntary Petition in Bankruptcy and the undersigned was appointed as Trustee.

2. Debtors' 341 Meeting of Creditors was held and concluded on November 12, 2010.

3. At Debtors' 341 Meeting of Creditors, the Trustee requested that Debtors turnover copies of their 2010 Federal and State Income Tax Returns promptly upon filing same.

4. Trustee on April 21, 2011 again requested the tax returns form Debtors' attorney, however, Debtors continue to fail and refuse to turnover the 2010 federal and state tax returns.

WHEREFORE, James R. Inghram, Trustee prays this Honorable Court enter an order directing and ordering the Debtor to turn over a copy of their 2010 federal and state tax returns

_____
James R. Inghram, Trustee #7317514

INGHRAM & INGHRAM
529 Hampshire Street, Suite 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Facsimile: 217-222-1653
E-mail: inghram@inghramlaw.co

## CERTIFICATE OF SERVICE

    I, James R. Inghram, certify that an exact copy of the above and foregoing instrument was filed electronically with the Bankruptcy Court on October 11, 2011 to be served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. Bankruptcy Court to:

- Robert P Follmer    ostlingassociates@comcast.net, follmer777@hotmail.com
- James R Inghram    bankruptcy@inghramlaw.com, IL52@ecfcbis.com
- Larry Spears    ostlingassociates@comcast.net
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

                                                   /s/ James R. Inghram
                                                      James R. Inghram